UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO PAZ,<br><br>　　　　　　　Defendant. | Case No. MJ13-22<br><br>**DETENTION ORDER** |

Offenses charged:

　　Distribution of MDMA/Ecstasy and Conspiracy to Distribute MDMA/Ecstasy.

Date of Detention Hearing: January 15, 2013.

　　The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

　　　　　　**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

　　Defendant is charged with a crime that carries a presumption of detention. Defendant has failed to overcome the presumption. The government has proffered that defendant had a

DETENTION ORDER - 1

managerial role in a drug trafficking operation that spanned the West Coast and involved a delivery of drugs valued at approximately $800,000. Defendant is a citizen of Canada and Nicaragua. He owns property in land in Nicaragua and apparently has a bank account there used to facilitate his drug offenses. He faces a term of imprisonment if convicted, and has the motive to flee and the means to do so.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of January, 2013.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2